**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-00136-JD |
| | ) | |
| BREANNA PARADA, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT JUDGMENT AGAINST BREANNA PARADA
AND IN FAVOR OF THE UNITED STATES**

Advised by the parties of their desire to enter into a Consent Judgment, the Court finds as follows:

1.      The Court has jurisdiction over the subject matter and the parties to this litigation.

2.      The United States of America ("United States") and Defendant Breanna Parada ("Parada") have agreed to entry of a judgment against Parada, resolving all the claims in the United States' Complaint, including the claims for violations of the False Claims Act, 31 U.S.C. § 3729, *et seq*.

3.      The United States brings the action on behalf of the U.S. Department of the Treasury ("Treasury").

4.      Parada consents to the entry of this judgment on all of the claims in the Complaint, including the following claims in violation of the False Claims Act, 31 U.S.C. § 3729, *et seq*.

a.  In July 2021, Parada submitted an application ("Application") for rental housing and utility assistance under the Emergency Rental Assistance ("ERA") program to the Cheyenne and Arapaho Housing Authority, in which she claimed that she was renting a home with an address of 2924 Wilshire St., Woodward, OK, 73801 ("Home"). Parada's Application included a sham lease agreement, sham eviction notice, and an electric service cut-off notice for the Home.

b.  Parada's claim (Application) for ERA benefits to the Treasury was fraudulent because Parada in fact owned the home for which she was seeking emergency rental and utility assistance under the ERA program, and because documents she submitted with the Application for ERA benefits were fraudulent. As a result, Parada received rental and utility assistance to which she was not entitled and is liable under the False Claims Act.

5.    Parada agrees that the fraudulent claim was submitted with the requisite factual and legal elements existing to establish that the civil penalty in this judgment is non-dischargeable under the Bankruptcy Code, pursuant to 11 U.S.C. § 523(a)(7).

6.    Pursuant to the False Claims Act, 31 U.S.C. § 3729, *et seq.*, Parada consents to be liable to the United States for actual damages in the amount of $5,564.84 and a civil penalty in the amount of $13,460.16, for a total of $19,025.00.

7.    Parada agrees to waive any appeal of this civil fraud judgment she may now have or may acquire in the future.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered against Breanna Parada and in favor of the United States of America:

1. Actual damages in the amount of $5,564.84 and a civil penalty in the amount of $13,460.16, for a total judgment of $19,025.00; and

2. Interest accruing at the rate allowed by 28 U.S.C. § 1961 until paid.

Entered this 28th day of February 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE